**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/17/2022

**Yensy Contreras,** *Individually, and On Behalf of All Other Similarly Situated*,

                    **Plaintiff,**

          v.

**Mamma Chia, LLC,**

                    **Defendant.**

1:21-cv-9265-ALC-SN

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled (ECF No. 19), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Feb. 17, 2022
New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**